D. C. Form No. 106 A

## DOCKET

JURY TRIAL

| TITLE OF CASE | | ATTORNEYS *DRK* |
|---|---|---|

Local Counsel for pltff
Charles W. Loeb and
Thomas Persinger
Payne, Loeb and Ray
1510 Kan Valley Bldg
Charleston

ROBERT F. KNIGHT
1102 Shamrock Road
Charleston, West Virginia 25314

v.

UNITED STATES OF AMERICA

L. Paige **Marvel**
901 Keyser Bldg.
Baltimore, Jd. 21202

**For Plaintiff:**

Michael A. Braun
1510 Kanawha Valley Bldg.
Charleston, W. Va. 25301
Phone: 342-1141

L. Paige Marvek
Allen L. Schwait & Marvin Garbis
901 Keyser Building
~~For Defendant~~
Baltimore, Maryland 21202
Phone:  (301) 837-4767
**For Defendant**
**John E. Lutz**
**Atty, Tax division**
**Department of Justice**
**Washington, D.C.  20530**

*Basis of action:*  U. S. Defdt; action to recover refund from IRS
in amount of $87.00; allege taxes erroneously and illegally
assessed and collected from pltf
*Jury trial claimed by*

*on*                              *, 19*

| DATE | PLAINTIFF'S ACCOUNT | RECEIVED | DISBURSED | DATE | DEFENDANT'S ACCOUNT | RECEIVED | DISBURSED |
|---|---|---|---|---|---|---|---|
| 1974 | | | | | | | |
| 10-30 | 68512 | 15.00 | | | | | |
| 10-31 | US Dep. #12 | | 15 00 | | | | |

| ABSTRACT OF COSTS | | RECEIPTS, REMARKS, ETC. | |
|---|---|---|---|
| TO WHOM DUE | AMOUNT | | |
| | | | |

ROBERT F. KNIGHT

v.

U.S.A.

JURY TRIAL

| DATE 1974 | FILINGS—PROCEEDINGS | DRK | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|
| Oct. 30 | (1) FILED: Complaint with Exhibits A & B attached; Issued Sum & 4 copies (Ret. 60 days) | | |
| **Nov 19** 1975 | **(2) FILED: US Mrshl's return with retn recept cards** | PRE-TRIAL HELD 10/23/75 DRK | |
| Jan 8 | (3) FILED: Answer | | |
| Jan 14 | (4) FILED: Defdt's interrogatories to pltf | | |
| Jan 15 | (5) FILED: Defdt's counterclaim | | |
| Jan 31 | (6) FILED: Pltf's reply to counter-claim | | |
| Mar 3 | (7) FILED: Pltf's answers to interrogatories | | |
| Mar 12 | (8) FILED: Pltf's interrogs to defdt | | |
| Mar 12 | (9) FILED: Appearance of L. Paige Marvel as attorney for pltf | | |
| Apr 21 | **(10) FILED: Defdt's answers to pltf's interrogatories** | | |
| Oct 14 | **(11) FILED: Pltf's request for production of documents** | | |
| Oct 14 | **(12) FILED: Pltf's notice to take deposition of Carl Bachman et al** | | |
| Oct 14 | (13) FILED: praecipe; issued two deposition spas behlf pltf retnbl 10-24-75 @ 11:00 | | |
| Nov 4 | RECEIVED: Deposition of Robert F. Knight | | |
| Nov 21 | RECEIVED: Deposition of Cecil Feiock | | |
| Nov 21 | RECEIVED: Deposition of Carl Bachman | | |
| Nov 24 | (13) FILED: Pltf's motion for change of venue | | |
| Nov 24 | RECEIVED: Pltf's memorandum in support thereof | | |
| Nov 25 | (14) ORDER: Change of venue denied, set for trial 2/9/76 CC to counsel of record | | Knapp |
| Dec 5 | RECEIVED: Defdt's memorandum of points & authorities in opposition to pltf's motion for a change of venue | | |
| 1976 Jan 12 | RECEIVED: Letter dtd 12/19/75 from pltf's atty addressed to Judge Knapp | | |
| Jan 19 | (15) ORDER: That pretrial conference setting various dates be postponed | | Knapp |
| Jan 19 | (16) FILED: Stipulation | | |
| Aug 26 | (17) FILED: Pltff's notice to take depositions of James H. Adams, et al | | |
| Oct 8 | RECEIVED: Deposition of James H. Adams | | |
| Oct 8 | RECEIVED: Deposition of Judith Sobray | | |
| Oct 8 1977 | RECEIVED: Deposition of Nelson Boord | | |
| Jan 10 | (18) ORDER: directing counsel to submit a pretrial order and request for charge no later than April 1, 1977 and setting for trial Apr 13, 1977 Certified copies to counsel | | |

CA 74-460 CH  Robert F. Knight v. U.S.A.

| DATE 1977 | FILINGS—PROCEEDINGS | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|
| Ap r 18 | (19)  ORDER:  Trial to Court rescheculed for 6/16/77 etc. CC to counsel of record | Knapp |
| Jun  3 | (20)  FILED:  Statement of non-resident counsel | |
| Jun  6 | (21)  ORDER:  Pretrial order | Knapp |
| Jun  8 | (22)  ORDER:  Continuing trial to 8/1/77 @ 9:30 to Court in lieu of Jury CC to counsel ofrecord including L. Paige Marvel, 901 Keyser Bldg., Baltimore  21202 (certified copy sent certified mail to Marvel) | Knapp |
| July 5 | FILED: Praecipe; issued 5 sets of civil subpoenas to testify; 5 sets of civil subpoenas to produce document or object for defendant | |
| Jul 22 | (23)  FILED:  Letter dated 7/19/77 from John J. McCarthy to Judge Knapp | |
| Jul 29 | RECEIVED:  Trial brief for defdt | |
| Aug  2 | FDIED:  Courtreporter's shorthand notes of 8/1/77          (Ikner) | |
| Aug 25 | RECEIVED:  Deposition of Donald E. Kettawell | |
| Nov  7 | RECEIVED XXXXXX:  Defdt's proposed findings of fact and conclusions of law | |
| Nov 10 | RECEIVED:  Pltff's post-trial brief | |
| Nov 26 | RECEIVED:  Pltff's reply brief | |
| 1978 Oct 12 | FILED: Stipulation Of Dismissal Certified copies to counsel | CLOSED |
| 1983 June 22 | (24) NOTICE of Dispostion of Depositions | mdr |